THE NORTH & SOUTH STREET RAILROAD CO. *v.* CRAYTON.

Judgment will not be arrested for uncertainty in the verdict as to amount where the finding of the jury is for a specific sum "less amount of freight" and there is no freight involved in the controversy. The superadded words are meaningless and may be treated as surplusage.

January 14, 1891. By two Justices.

Judgment. Verdict. Practice. Before Judge GOBER. Floyd superior court. March term, 1890.

Reported in the decision.

REECE & DENNY and DABNEY & FOUCHÉ, for plaintiff in error.

NUNNALLY & NEEL, *contra.*

BLECKLEY, Chief Justice.

The motion in arrest of judgment was properly overruled. The verdict was in these words: "We, the jury, find for plaintiff eight hundred dollars ($800.00), less amount of freight, with interest; also, setting up lien, and find property subject set forth in declaration." The words "less amount of freight" are surplusage. There was no freight involved in the issue on trial. Nothing of the sort was mentioned anywhere in the pleadings. The verdict is therefore for eight hundred dollars less nothing, and this is equivalent to eight hundred dollars simply. The jury having found no amount by which it is to be diminished, it cannot be diminished at all.        *Judgment affirmed.*